**Beth Rosin-Dietert**

---

**From:** Michael Whitticar <mikew@novaiplaw.com>
**Sent:** Tuesday, July 7, 2020 4:51 PM
**To:** Frederick J. McCutchon
**Cc:** Rene Obregon; Mariah N. Mauck; Beth Rosin-Dietert
**Subject:** Re: Confidential: STLB v. Baldridge

I am told there is no contract and no imminent sale.

What is your evidence to the contrary?

Please send us your sealed exhibits.

Thanks!

MCW


NOVA IP Law, PLLC
7420 Heritage Village Plaza
Suite 101
Gainesville, VA 20155
Telephone:   (571) 386-2980
Fax:  855-295-0740
www.novaiplaw.com
mikew@novaiplaw.com


On Tue, Jul 7, 2020 at 4:04 PM Frederick J. McCutchon <FJM@wbwpc.com> wrote:

> Counsel:
>
> I am writing to advise you of an urgent matter that has come to our attention based on investigation and information received, which information we consider reliable.
>
> We have been made aware that Glen Baldridge, the sole owner of FSSI (as admitted in Defendants' expert report), has plans to sell his business and cash out, thus liquidating significant assets and arranging to keep the proceeds of the sale out of the United States and away from his creditors, including STLB. It is our understanding that the sale is immediately imminent.
>
> This is notice that STLB intends to file a request for immediate restraining and injunctive relief to prevent such fraudulent transaction.
>
> Plaintiff is giving you notice of its intent to file for such relief, and proceed with presentation to the Court through hearing, on an emergency basis, and no later than Friday, July 10.
>
> Please advise whether you will agree to give adequate assurance that such assets will not be conveyed away, and that Defendants will enter into an agreed order, to ensure that Mr. Baldridge will cancel all discussions of a sale of any

1

**EXHIBIT B**

substantial assets, pending trial on the merits and final judgment, or such other arrangements that will adequately protect Plaintiff's rights, pending final judgment.

Frederick J. McCutchon

Wood, Boykin & Wolter, P.C.

615 N. Upper Broadway, Suite 1100

Corpus Christi, Texas   78401-0748

361.888.9201   phone

361.888.8353   fax

fjm@wbwpc.com

**Confidential and Privileged**

**Attorney-Client Communication**

Unauthorized persons are prohibited from viewing or using in any way this communication.  If you have received this message and are not the intended recipient, please contact me immediately and then immediately delete the message without saving, printing, or forwarding it.  Thank you.

**EXHIBIT B**